Matter of Strong v Appellate Term of the Supreme Ct. of the State of N.Y. 9th & 10th Dists. (2024 NY Slip Op 04073)

Matter of Strong v Appellate Term of the Supreme Ct. of the State of N.Y. 9th & 10th Dists.

2024 NY Slip Op 04073

Decided on July 31, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 31, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
WILLIAM G. FORD
BARRY E. WARHIT
HELEN VOUTSINAS, JJ.

2024-03396

[*1]In the Matter of Emanuel Strong, petitioner,
v
Appellate Term of the Supreme Court of the State of New York 9th & 10th Districts, et al., respondents. Emanuel Strong, Glen Cove, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondents.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondents, Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts, sued herein as Appellate Term of the Supreme Court of the State of New York 9th & 10th Districts, James P. McCormack, Jerry Garguilo, and Timothy S. Driscoll, Justices of the Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts, to determine motions by the petitioner, among other things, for leave to reargue appeals from orders of the District Court of Nassau County, First District, entered August 18, 2022, and December 22, 2022, which were determined by decision and order of the Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts dated January 18, 2024, and separate motions for leave to appeal to this Court from the decision and order of the Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts, in a proceeding entitled 99 Randall Avenue Owners Corp. v Strong , pending before that court under Appellate Term Docket Nos. 2022-824NC and 2023-47NC.
ADJUDGED that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.
On May 28, 2024, the respondents issued a decision and order on motion determining the subject motions. Accordingly, this proceeding is academic.
The petitioner's remaining contentions are without merit.
CONNOLLY, J.P., FORD, WARHIT and VOUTSINAS, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court